JOSEPH TAMECKI v. JOHNS-MANVILLE PRODUCTS CORP.

January 29, 1974. Petition for certification denied. (See 125 *N. J. Super.* 355)

MONMOUTH HEIGHTS COMMUNITY ASSN. v.
MANALAPAN TOWNSHIP.

January 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EMZIE EVANS.

January 29, 1974. Petition for certification denied.

ARTHUR J. MILNER v. NORTON OIL COMPANY.

January 29, 1974. Petition for certification denied.

HUDSON CRUSHED STONE SALES, CO. v.
J. RULLO AND SONS, INC.

January 29, 1974. Petition for certification denied.

IN THE MATTER OF THE ADOPTION OF A CHILD BY E. M.

January 29, 1974. Petition for certification denied.